[No. 27405-5-III.   Division Three.   December 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BRUCE HAMBLETON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-00404-3, Vic L. VanderSchoor, J., entered August 29, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 27479-9-III.   Division Three.   December 24, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. DERRICK D. GRAY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-02606-2, Maryann C. Moreno, J., entered September 5, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 27626-1-III.   Division Three.   December 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BARBARA ANNA MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00798-3, Cameron Mitchell, J., entered October 31, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 27695-3-III.   Division Three.   December 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DENISE M. THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-02474-4, Robert D. Austin, J., entered December 12, 2008. *Reversed* and *remanded* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ.